# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mark Bilello, et al.

                    Plaintiff,

v.                                        Case No.: 1:23−cv−02139

                                                    Honorable Charles P. Kocoras

Brandon Schwab, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2024:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion for default judgment against cross−defendants Brandon Schwab, Kelli Schwab, and Shepherd Capital, LLC [74] is granted. Motion hearing scheduled on 5/23/2024 is stricken. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.